## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-10-0103 |
| | * | |
| NAEEM MALIK | * | |

*******

### MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney

for the District of Maryland, and Christine Manuelian, Assistant United States Attorney for said

District, hereby moves this Court to order and direct that the Indictment in the above-captioned

matter be unsealed, as the investigation will not be jeopardized at this juncture with the

publication of the indictment.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Christine Manuelian
Assistant United States Attorney

SO ORDERED this _14_ day of May, 2014.

_____
United States Magistrate Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY 14 P 12: 40

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY